UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br>Plaintiff,<br>v.<br>FACEBOOK POLICE, et al.,<br>Defendants. | No. 2:25-cv-3745 TLN CSK P<br><br><u>ORDER</u> |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2026, this Court recommended dismissal of this action for failure to prosecute because plaintiff failed to comply with Local Rule 183(b) which requires a party appearing in propria persona to inform the court of any address change. (ECF No. 6.) On July 14, 2026, plaintiff filed a motion for a sixty day extension of time to file objections to the May 29, 2026 findings and recommendations. (ECF No. 7.) Because the Court has plaintiff's current address and plaintiff appears to intend to prosecute this action, the May 29, 2026 findings and recommendations are vacated and plaintiff's motion for an extension of time to file objections is denied as unnecessary.

On January 13, 2026, this Court granted plaintiff thirty days to either pay the filing fee or submit an application to proceed in forma pauperis. (ECF No. 3.) Plaintiff did not respond to this order. Because it is unclear whether plaintiff received this order, the Clerk of the Court is

directed to re-serve the January 13, 2026 order on plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 29, 2026 (ECF No. 6) are vacated.

2. Plaintiff's motion for an extension of time to file objections (ECF No. 7) is denied as unnecessary.

3. The Clerk of the Court is directed to re-serve plaintiff with the order filed January 13, 2026 (ECF No. 3).

Dated: July 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Benn3745.ord/2