UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, Plaintiff, v. FACEBOOK POLICE, et al., Defendants. | No. 2:25-cv-3745 TLN CSK P<br><br>FINDINGS AND RECOMMENDATIONS |

On January 13, 2026, this Court granted plaintiff thirty days to either pay the filing fee or submit an application to proceed in forma pauperis. (ECF No. 3.) Because it was not clear whether plaintiff received this order, on July 28, 2026, this Court directed the Clerk of the Court to re-serve plaintiff with the January 13, 2026 order. (ECF No. 8.) On July 28, 2026, the Clerk of the Court re-served plaintiff with the January 13, 2026 order. (See docket.) Thirty days passed from July 28, 2026 and plaintiff has not responded to the court's order and has not filed an application to proceed in forma pauperis or paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Benn3745.fifp/2